

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PUBLIC PATENT FOUNDATION, INC.,

                    Plaintiff,

   - against -

GLAXOSMITHKLINE CONSUMER
HEALTHCARE, L.P.,

                  Defendant.
------------------------------------------------------------X

09 Civ. 5881 (RMB)

**ORDER**

       In light of the appeal currently pending in the Court of Appeals for the Federal Circuit of an order issued in <u>Stauffer v. Brooks Bros. Inc.</u>, No. 08 Civ. 10369 (S.D.N.Y. May 14, 2009), which raises same legal question that is currently pending here, (<u>see</u> Def. Mem. of Law in Support of Mot. to Dismiss, dated Sept. 30, 2009, at 1 ("With no allegation of injury, the 'hard floor' of Article III standing is absent and there is no subject matter jurisdiction."); Pl. Mem. in Opp'n of Mot. to Dismiss, dated Oct. 28, 2009, at 5 ("the sovereign interest of the United States . . . provides PubPat with standing to bring this qui tam action"); Mem. of Law of the U.S. as Intervenor Defending the Constitutionality of 35 U.S.C. § 292, dated Nov. 30, 2009, at 9 ("<u>Stauffer</u> was wrongly decided.")), it is hereby

       **ORDERED**, that the above-captioned action is stayed and placed on the Court's suspense docket pending resolution of <u>Stauffer</u> by the Federal Circuit, <u>see</u> <u>Veto Pro Pac, LLC v. Custom Leathercraft Mfg. Co., Inc.</u>, No. 08 Civ. 302, 2009 WL 276369, at *2, and it is further

       **ORDERED**, that the parties are directed to advise the Court of the outcome in <u>Stauffer</u>.

Dated: New York, New York
       February 17, 2010



RICHARD M. BERMAN, U.S.D.J.