UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PUBLIC PATENT FOUNDATION, INC.,          :

                  Plaintiff,          :

      - against -          :          09 Civ. 5881 (RMB) (RLE)

                  :          ADMINISTRATIVE ORDER
GLAXOSMITHKLINE CONSUMER          :
HEALTHCARE, L.P.,          :

             Defendants.          :
-------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/10
```

        Counsel are directed to appear before the Court on September 20, 2010 at 11:00 a.m. in

Courtroom 21B (21st floor), 500 Pearl Street, U.S. District Courthouse for a status conference to

discuss the effect of the Federal Circuit's decision in Stauffer v. Brooks Bros., Inc., No. 08 Civ.

10369 (S.D.N.Y. May 14, 2009) on this case.


Dated: New York, New York
      September 3, 2010

                                Richard M. Berman

                          RICHARD M. BERMAN, U.S.D.J.